IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATHEW MANTEIV LAKOTA,

    Petitioner,                   No. CIV S-07-1813 LEW KJM P

    vs.

JOHN WARDELL, et al.,

    Respondents.             <u>ORDER</u>

                                  /

        Petitioner, a pro se litigant, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has also filed a motion asking that the court stay his sentence of imprisonment. While it is not entirely clear from the record, it looks as though petitioner has

/////

/////

/////

/////

/////

been ordered to serve six months in the Butte County Jail.  Near the end of his motion, petitioner states as follows:

> The [Superior Court of Butte County] has allowed the Petitioner to serve his sentence in an alternative format.  The problem for Petitioner is that he no longer resides in Butte County and the County in which he currently resides will not accept transfer of alternate sentencing.  Therefore, the Petitioner will be forced to serve a physical jail sentence in Butte County.

Mot. at ¶ 9.

Petitioner's motion for a stay will be denied.  Petitioner may re-file his motion if he describes in exact terms the sentence he has left to serve.  In other words, petitioner must indicate whether he has any jail time left to serve and how it is that petitioner might not be required to serve jail time if certain conditions imposed by the Superior Court of Butte County are met.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

/////

5. Petitioner's September 4, 2007 request that the court stay the execution of petitioner's jail sentence is denied without prejudice.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
lako1813.100(9.04.07)

3