IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATHEW MANTEIV LAKOTA,** | CIV S-07-1813 LEW KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN WARDELL, et al.,** | |
| Respondents. | |

Good cause appearing, Respondent's request for a thirty-day (30) enlargement of time is granted. Therefore, the Respondent's response to Petitioner's petition for writ of habeas corpus shall be filed no later than December 31, 2007.

DATED: December 4, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1