IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATHEW MANTEIV LAKOTA,** | CIV S-07-1813 LEW KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN WARDELL, et al.,** | |
| Respondents. | |

On December 19, 2007, respondent filed a request for an extension of time. Respondent's request is granted nunc pro tunc.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1