IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATHEW MANTEIV LAKOTA,

    Petitioner,                   No. CIV S-07-1813 JAM KJM P

  vs.

JOHN WARDELL, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a Butte County Jail prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2254.  On September 10, 2008, petitioner filed a motion in which petitioner requests that the court stay petitioner's sentence of six months imprisonment in the Butte County Jail and any state court proceedings concerning the convictions at issue in this action.

        Petitioner fails to point to anything suggesting the court has the authority to stay the execution of a sentence of imprisonment imposed by a state court.[1]  While it might be

---

[1] In support of his request for a stay, petitioner cites laws concerning the stay of a sentence of death, which have little if any applicability to the stay of a sentence of imprisonment. Petitioner also asserts the court can stay his sentence under 28 U.S.C. § 2251.  However, this statue provides the court with the authority to stay state court proceedings.  It does not indicate

1

possible for the court to order petitioner released on bail, the court could only do so in an extraordinary case involving special circumstances or after a showing of a high probability of success on the merits of a habeas petition. In re Roe, 257 F.3d 1077, 1081 (9th Cir. 2001). Petitioner has not made the showing necessary for the court to order petitioner released on bail.

With respect to petitioner's request that the court stay any state court proceedings concerning the convictions and sentences at issue in this action, petitioner has not shown any good reason in support of his request or even that there are any current state court proceedings to stay.

For all the foregoing reasons, petitioner's request for a stay of the execution of his sentence and any state court actions related to the convictions in this case will be denied.

Accordingly, IT IS HEREBY ORDERED that petitioner "emergency request for a stay" (#16) is denied.

DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

---

1
lako1813.mfs

the court has the authority to stay execution of a term of imprisonment.

2